UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>LUIS CARLOS PINO-MONTE,<br><br>                Defendant. | CASE NO. MJ25-598<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with reentry of a removed alien and illegal alien in possession of a firearm. The complaint filed alleges Defendant was convicted of possession with intent to distribute narcotics in 2017 in the State of Utah. He was removed following the conviction and was again arrested in 2018 and prosecuted for reentry of a deported alien. After serving the six month sentence imposed in this case, Defendant again reentered the United States and was arrested in 2022 by Kent Police for assault/domestic violence. On August 28, 2025, a search of Defendant's residence yielded a 9mm pistol, and about 307 grams of fentanyl. Defendant's

DETENTION ORDER - 1

history and the strength of the government's case establish he is both a danger to the community and a risk to flee.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 22nd day of September, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2